No. 73–612. DEVORE ET AL. *v.* WEYERHAEUSER CO. Sup. Ct. Ore. Motion for leave to dispense with print-

ing petition denied with leave to file printed petition in conformity with Rule 39 of the Rules of this Court on or before January 15, 1974. MR. JUSTICE STEWART would grant the motion.